Rockingham,
June 29, 1918.

### CALVIN PAGE & a., Ex'rs, v. PORTSMOUTH HOSPITAL & a.

PETITION, for the construction of a will. The question is whether two houses and the land on which they stand are devised by a certain clause of the will. Transferred by *Allen*, J., without a ruling from the October term, 1917, of the superior court.

*Calvin Page*, for the plaintiffs.

*John H. Bartlett*, for the defendants.

*Per Curiam.* In the absence of briefs or arguments for the parties, the executors are advised that the two houses mentioned are not included in the description of real estate devised by the clause of the will or codicil referred to.

*Case discharged.*